IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | | |
|---|---|---|
| STATE OF ARKANSAS *ex rel.* DUSTIN MCDANIEL, ATTORNEY GENERAL | | PLAINTIFF |
| v. | Case No. 4:13-cv-117-KGB | |
| THE MCGRAW-HILL COMPANIES, INC., and STANDARD & POOR'S FINANCIAL SERVICES LLC | | DEFENDANTS |

## ORDER

Before the Court are defendants' motions for leave for Floyd Abrams, Susan Buckley, Adam Zurofsky, and Jason Hall to appear *pro hac vice* (Docket Nos. 7, 8, 9, 10). These motions are granted pursuant to Local Rule 83.5(d). Floyd Abrams, Susan Buckley, Adam Zurofsky, and Jason Hall, in addition to Kevin A. Crass, shall be counsel of record for defendants.

SO ORDERED this the 13th day of March, 2013.

*/s/ Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE